# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

DEFENDANT(S).

CASE NUMBER

_____

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

Upon motion of _____*Defendant*_____ , IT IS ORDERED that a detention hearing is set for _____*March*_____ *11* , *2026* , at *11:00* ☑ a.m. / ☐ p.m. before the Honorable _____*Fick*_____ , in Courtroom _____*duty*_____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: _____*3/9/26*_____

_____
U.S. District Judge/Magistrate Judge